UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Elvie Gene Lee, | ) C/A No. 4:14-407-JFA-TER |
| Plaintiff, | ) |
| vs. | ) ORDER |
| State of South Carolina; County of Georgetown, and Georgetown County Detention Center, | ) |
| Defendants. | ) |

_____

This case is before the Court because of Plaintiff's failure to comply with the magistrate judge's Order of February 26, 2014, ECF No. 8, and because of Plaintiff failure to provide the Court with an updated address.

A review of the record indicates that the magistrate judge ordered Plaintiff to submit items (service documents, financial information, completed complaint form) needed to render this case into proper form within twenty-one days, and specifically informed Plaintiff that if he failed to do so, this case would be dismissed *without prejudice*. The Court has not received any response from Plaintiff, but the mail in which the Order was sent to Plaintiff at the address provided when the case was filed was returned marked "undeliverable." Other stamps on the returned envelope indicate that Plaintiff is no longer at the Georgetown County Detention Center, which is the only address that Plaintiff provided when he filed this case.

Plaintiff's failure to provide the Court with an updated address upon his release from detention center custody indicates an intent to not continue prosecuting this case, and subjects this case to dismissal. *See* Fed. R. Civ. P. 41(b)(district courts may dismiss an action if a Plaintiff fails to comply with "any order of the court."); *see also Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982)(court may dismiss

*sua sponte*).

Accordingly, this case is dismissed *without prejudice*. The Clerk of Court shall close the file.[1]

IT IS SO ORDERED.

March 14, 2014                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge

---

[1] Under General Order, Misc. No. 3:07-5014-JFA, this dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g). If Plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office in Columbia (**901 Richland Street, Columbia, South Carolina 29201**).